In re Daniel BLACK, Bankrupt.   Irving Trust Company, as Trustee in Bankruptcy, Ignatz Spitzer, and Albert Kalabza, Appellees. Daniel Black, Bankrupt, Appellant.

No. 78.

Circuit Court of Appeals, Second Circuit.
Dec. 7, 1931.

McManus Ernst & Ernst, of New York City (Irving L. Ernst and Lester D. Melzer, both of New York City, of counsel), for appellant.

Krause & Hirsch, of New York City (George C. Levin, of New York City, of counsel), for trustee-appellee.

Before L. HAND, SWAN, and CHASE, Circuit Judges.

PER CURIAM.
Order affirmed.

In the Matter of Abraham BODEK, Bankrupt-Appellant.

No. 153.

Circuit Court of Appeals, Second Circuit.
Jan. 8, 1932.

Samuel Weiss, of New York City, for appellant.

Isador Goetz, of New York City, for appellee.

Before MANTON, AUGUSTUS N. HAND, and CHASE, Circuit Judges.

PER CURIAM.
Order affirmed in open court.

Chester R. BUNKER, Appellant, v. UNITED STATES of America, Appellee.

No. 6429.

Circuit Court of Appeals, Fifth Circuit.
Jan. 5, 1932.

Rehearing Denied Jan. 30, 1932.

Before BRYAN, FOSTER, and WALKER, Circuit Judges.

PER CURIAM.
Appeal dismissed.

On Petition for Rehearing.

PER CURIAM.
The petition for rehearing in the above numbered and entitled cause is denied.